# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT CHERKAS,** <br>     **Plaintiff,** <br><br> v. <br><br> **P/O SYLVESTER WHITE AND P/O JAMES TOKINSON,** <br>     **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO. 17-4498** |

# O R D E R

**AND NOW**, this 13th day of April, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), Plaintiff's Response (ECF No. 9), and Defendant's Supplemental Brief (ECF No. 12), **IT IS ORDERED** that Defendants' Motion is **GRANTED**.[1]

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**

---

[1] Plaintiff failed to file a supplemental brief in compliance with this Court's order (ECF No. 11).