# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CHERKAS,<br>          Plaintiff,<br><br>     v.<br><br>P/O SYLVESTER WHITE AND P/O JAMES TOKINSON,<br>          Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-4498 |

## O R D E R

**AND NOW**, this 27th day of April, 2018, upon consideration of this Court's Memorandum Opinion dated April 13, 2018, and accompanying Order (ECF Nos. 13 & 14), **IT IS ORDERED** that this Order and accompanying Amended Memorandum Opinion are issued **NUNC PRO TUNC** to correct a clerical error.

                          **BY THE COURT:**

                          /s/Wendy Beetlestone, J.

                          _____
                          **WENDY BEETLESTONE, J.**